Annie Jenner v. Julian B. Shope.— Motion denied, with ten dollars costs.

Joseph J. Jermyn v. Frederick F. Searing and Others.— Motion denied, with ten dollars costs.

Bank of Montreal v. United States Banking Company. — Motion denied, with ten dollars costs.

John D. Wirt v. Daniel G. Reid.— Motion granted; question certified.

In the Matter of Jesse Myers v. San Domingo Improvement Company.— Motion denied, with ten dollars costs.

Philip Carpenter v. Elmer E. Hawes.— Motion granted; question certified.

Sarah Rand v. Daniel McGonigle. Joseph Finger v. Abraham Korn. Henry H. Jackson v. Buffalo German Insurance Company. Union Taxicab Auto Service v. Moulton Stables (2 cases). Lizzie Bigeleison v. John Tancer (2 cases). Henry C. Burnstein v. August E. Halberstadt. Holly Realty Company v. Morris Wortman. Burns Brothers v. De Leon Realty Company.— Applications denied, with ten dollars costs. Orders signed.

Bridget R. Kelly v. Postal Life Insurance Company (2 cases).— Applications granted. Orders signed.

Lampson E. Harrison v. Higher Education Company. Irving W. Childs v. Eversley Childs. Charles M. Hussey v. Tweedie Trading Company.— Motions denied, with ten dollars costs.

---

## SECOND DEPARTMENT, JULY, 1910.

Mary T. Farrell, Respondent, v. Town of North Salem, Appellant, and Others-Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Seaman Frank, Plaintiff, v. Adolph Firestone, Defendant.— Motion granted, without costs. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate, etc. Hill View Reservoir, Section No. 2.— Motion to dismiss appeal denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Theodore Jospe and Others, Respondents, v. Charles H. Danis, Appellant.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

John H. May, as Administrator, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.